

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00002-CR

Larry Donnell **GIBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015 CRR 001320 D-1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on July 6, 2018. On July 13, 2018, Appellant filed a motion for extension of time to file the brief requesting an additional thirty days. The motion was granted, and the deadline for filing the brief was extended to August 6, 2018. On August 3, 2018, Appellant filed a second motion requesting an additional thirty days to file the brief, for a total extension of sixty days. By order dated August 8, 2018, the motion was granted, extending the deadline for filing the brief to September 5, 2018. The order stated, "**This is the final extension of time Appellant will be granted**."

On September 4, 2018, Appellant filed a third motion for extension of time requesting an additional thirty days to file the brief. In the interest of justice, the motion is GRANTED. Appellant's brief must be filed no later than October 4, 2018. **THIS IS THE FINAL EXTENSION OF TIME THAT APPELLANT WILL BE GRANTED**. *See* TEX. R. APP. P. 38.8(b)(4) (appellate court must "act appropriately to ensure that the appellant's rights are protected" when the appellant's brief is not timely filed).

Appellant is also advised that all exhibits to the reporter's record are available in the Attorney Portal of the Fourth Court of Appeals website. If Appellant's counsel needs assistance accessing these documents, he is advised to contact the court staff at 210.335.2635.

_____
Sandee Bryan Marion, Chief Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court